

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ALEXANDER BOGDAN
Direct Dial: 212-878-7941
Email Address: ABogdan@FoxRothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

November 4, 2020

**VIA ECF AND EMAIL**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Soto v. The Village in Times Square LLC et al.* **(1:20-cv- 05463-JPC)**
      **Request for Adjournment of Initial Pre-Trial Conference**

Dear Judge Cronan:

We represent defendants The Village in Times Square LLC, Giovanni Carollo, and Artemio Cielo (collectively, "Defendants") in the above-referenced matter. On behalf of Defendants, and with the consent of plaintiff Jose Manuel Xitumul Soto ("Plaintiff"), we respectfully request an adjournment of the Initial Pretrial Conference (the "Conference") scheduled for November 12, 2020, and of the related November 5, 2020 deadline for the parties to submit a joint pre-Conference letter and proposed case management plan and scheduling order.

Defendants accepted a waiver of service of the complaint filed in this action yesterday, November 3, 2020. As such, Defendants were unable to submit this request more than 48 hours before the parties' joint pre-Conference letter and proposed case management plan and scheduling is due to the Court. Defendants' time to respond to the Complaint is currently January 4, 2021. We respectfully request that the Conference be adjourned to a date and time of the Court's convenience during the week of January 11, 2021, and that the deadline for the parties to submit a pre-Conference letter and proposed case management plan and scheduling order be adjourned to one week prior to the Conference, so that we may have sufficient time to investigate Plaintiff's claims and prepare our clients' defenses prior to the Conference.

This application is Defendants' first request for an adjournment of the Conference and the related deadline for submission of a joint pre-Conference letter and proposed case management plan and scheduling order. No other dates will be affected by this request. Plaintiff consents to this request for an adjournment.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas

Active\115976693.v1



The Honorable John P. Cronan
November 4, 2020
Page 2

        We thank the Court for its consideration of our request.

                              Respectfully submitted,

                              */s/ Alexander Bogdan*

                              Alexander Bogdan

cc:    All Counsel of Record. (*via* ECF)

Defendants' request is GRANTED.  The pretrial conference scheduled for November 12, 2020 at 11:30 a.m. is adjourned to January 12, 2021 at 12:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  It is further ORDERED that the parties shall submit the joint letter described in the Court's Notice of Reassignment dated October 13, 2020 (Dkt. 11) by January 5, 2021.

SO ORDERED.

Date: November 4, 2020
       New York, New York

                            _____
                            JOHN P. CRONAN
                            United States District Judge