

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ALEXANDER BOGDAN
Direct Dial: 212-878-7941
Email Address: ABogdan@FoxRothschild.com

December 18, 2020

**VIA ECF AND EMAIL**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> **Re:** *Soto v. The Village in Times Square LLC et al.* **(1:20-cv- 05463-JPC)**
> **Joint Request for Adjournment of Initial Pre-Trial Conference**

Dear Judge Cronan:

We represent defendants The Village in Times Square LLC, Giovanni Carollo, and Artemio Cielo (collectively, "Defendants") in the above-referenced matter.  On behalf of Defendants and with the consent of plaintiff Jose Manuel Xitumul Soto ("Plaintiff"), the parties respectfully request an adjournment of the Initial Pretrial Conference (the "Conference") scheduled for January 12, 2021, and of the related January 5, 2021 deadline for the parties to submit a joint pre-Conference letter and proposed case management plan and scheduling order.

Your Honor referred the parties to mediation through the FLSA Pilot Program.  The parties and the assigned mediator have agreed to hold the mediation on January 20, 2021, the earliest date that all parties and the mediator were available for a mediation.  As such, the parties respectfully request that the Conference be adjourned until after the mediation has occurred so as to not unnecessarily burden the resources of the Court and the parties should mediation be successful.  The parties request that the Conference be adjourned to a date and time of the Court's convenience during the week of February 1, 2021 or February 8, 2021, and the deadline for the parties to submit a pre-Conference letter and proposed case management plan and scheduling order be adjourned to one week prior to the Conference, to allow the parties sufficient time to meet their obligations following mediation should it prove to be unsuccessful.

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas

Active\117252364.v1



The Honorable John P. Cronan
December 18, 2020
Page 2

      This application is the second request for an adjournment of the Conference and the related deadline for submission of a joint pre-Conference letter and proposed case management plan and scheduling order.  No other dates will be affected by this request.  Plaintiff consents to this request for an adjournment.

      We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Alexander Bogdan*

Alexander Bogdan

cc:    All Counsel of Record. (*via* ECF)

Defendants' request is GRANTED.  The initial pretrial conference scheduled for January 12, 2021 at 12:00 p.m. is adjourned to February 8, 2021 at 10:30 a.m.  The parties shall submit the joint status letter by February 1, 2021.

SO ORDERED.

Date: December 18, 2020

New York, New York

JOHN P. CRONAN
United States District Judge