

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ALEXANDER BOGDAN
Direct Dial: 212-878-7941
Email Address: ABogdan@FoxRothschild.com

February 1, 2021

**VIA ECF AND EMAIL**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> This request is GRANTED.  The conference scheduled for February 8, 2021 at 10:30 a.m. is adjourned *sine die*.  The parties shall request Court approval of any settlement resolving any claims that require Court approval under *Cheeks v. Freeport Pancake House, Inc.* 796 F.3d 199 (2d Cir. 2015) by March 3, 2021.
>
> SO ORDERED.
>
> Date: February 1, 2021         JOHN P. CRONAN
> New York, New York             United States District Judge

Re:   *Soto v. The Village in Times Square LLC et al.* **(1:20-cv- 05463-JPC)**
      **Joint Status Letter and Request for Adjournment of Pre-Trial Conference**

Dear Judge Cronan:

We represent defendants The Village in Times Square LLC, Giovanni Carollo, and Artemio Cielo (collectively, "Defendants") in the above-referenced matter.  On behalf of Defendants and jointly with Plaintiff Jose Manuel Xitumul Soto, we submit this joint status letter and request for an adjournment of the Initial Pretrial Conference (the "Conference") scheduled for February 8, 2021.

On January 20, 2021, the parties participated in mediation through the Southern District of New York's Mediation Program and reached a settlement in principle.  The parties anticipate that they will submit a proposed settlement agreement to the Court for approval within the next thirty (30) days.  The parties request that the Conference be adjourned pending the parties' submission to the Court of the proposed settlement agreement.

This application is the third request for an adjournment of the Conference.  No other dates will be affected by this request.  Plaintiff consents to this request for an adjournment.

Respectfully submitted,

*/s/ Alexander Bogdan*

Alexander Bogdan

cc:   All Counsel of Record. (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas

Active\119027583.v1