UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOSE MANUEL XITUMUL SOTO,                                               :
                                                                        :
                      Plaintiff,            :
                                                                        :    20-CV-5463 (JPC)
      -v-                                                                :
                                                                        :    ORDER
THE VILLAGE IN TIMES SQUARE LLC *et al.*,                               :
                                                                        :
                      Defendants.           :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 1, 2021, the parties advised the Court that they had reached a settlement in principle. (Dkt. 22.) On February 1, 2021, the Court ordered the parties to request Court approval of any settlement resolving any claims that require Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by March 3, 2021. (Dkt. 23.) The parties failed to do this. Within one week of the filing of this Order, the parties shall request such approval or advise the Court as to the status of any settlement.

      SO ORDERED.

Dated: March 17, 2021
       New York, New York
                                                    JOHN P. CRONAN
                                                   United States District Judge