# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____
kjohnson@faillacelaw.com
kevinsjohnson1@outlook.com

May 7, 2021

**VIA ECF**:

Hon. John P. Cronan
US District Judge – SDNY
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

        RE:    *Jose Manuel Xitumul Soto, et al. v. The Village in Times Square, LLC, et al.*
                Case No. 1:20-cv-05463-JPC
                RESUBMISSION OF SETTLEMENT AGREEMENT

To Your Honor:

      Per the Court's order of April 8, 2021 and the conference, the Parties jointly submit the annexed settlement agreement.

      The settlement agreement addresses the Court's concerns regarding the previous provisions regarding the releases, reemployment, and attorneys' fees.

      The Parties thank the Court for its time and attention to this matter.

Best regards,

*Kevin S. Johnson*

Kevin S. Johnson, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*