# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____
kjohnson@faillacelaw.com
kevinsjohnson1@outlook.com

May 7, 2021

**VIA ECF**:

Hon. John P. Cronan
US District Judge – SDNY
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

>   RE:   *Jose Manuel Xitumul Soto, et al. v. The Village in Times Square, LLC, et al.*
>   Case No. 1:20-cv-05463-JPC
>   RESUBMISSION OF SETTLEMENT AGREEMENT

To Your Honor:

Per the Court's order of April 8, 2021 and the conference, the Parties jointly submit the annexed settlement agreement.

The settlement agreement addresses the Court's concerns regarding the previous provisions regarding the releases, reemployment, and attorneys' fees.

The Parties thank the Court for its time and attention to this matter.

Best regards,

*Kevin S. Johnson*

Kevin S. Johnson, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

The Court is in receipt of the parties' settlement agreement. *See* Dkt. 30. The Court has reviewed the proposal in light of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and finds that the settlement is fair.

The Court notes that the attorney's fees were calculated using the percentage method and represent one third of the total settlement amount. While the Court finds those fees to be reasonable, the Court does not make any finding as to the reasonableness of counsel's hourly rate or as to the reasonableness of any particular hours billed for work on this case.

Accordingly, the settlement is approved. Within one week of the filing of this Order, the parties shall submit the proposed stipulation dismissing this case.

SO ORDERED.
Date: May 12, 2021
New York, New York

*[signature]*
_____
JOHN P. CRONAN
United States District Judge